UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

AMEGA THAIER,

Proposed Plaintiff-Intervenor,

v.

THE WASHINGTON UNIVERSITY;

Defendant,

ERIN STAMPP; JERAMIA ORY; and NICHOLAS FISHER,

Proposed Defendants.

Case No. 4:26-cv-1289

**JURY TRIAL DEMANDED**

**MOTION TO INTERVENE**

Pursuant to Federal Rule of Civil Procedure 24 and 42 U.S.C. § 2000e-5(f)(1), proposed Plaintiff-Intervenor Amega Thaier respectfully requests leave to intervene as a Plaintiff in this action. As the person aggrieved and on whose charge of discrimination the Equal Employment Opportunity Commission's action is based, Ms. Thaier is entitled to intervene as of right to assert her Title VII claims under Rule 24(a)(1) and 42 U.S.C. § 2000e-5(f)(1).

Ms. Thaier further moves, under Rule 24(b)(1)(B), for permissive intervention to assert additional claims arising from the same events—claims under 42 U.S.C. § 1981, the Family and Medical Leave Act, and the Missouri Human Rights Act—

each of which shares common questions of law and fact with the Commission's action. A proposed Complaint in Intervention setting out Ms. Thaier's claims is attached as Exhibit 1. The grounds for this motion are set forth more fully in the accompanying memorandum in support.

The Commission does not oppose Ms. Thaier's request for intervention. Because no counsel has entered on behalf of the Defendants and Ms. Thaier is not aware of what counsel may represent the Defendants in this action, Ms. Thaier was not able to seek the Defendants' position before filing this motion.

Wherefore, Ms. Thaier respectfully requests that the Court grant her leave to intervene in this action and to file the attached Complaint in Intervention.

Dated: August 12, 2026

Respectfully submitted,

*/s/ Megan D. Redshaw*
Megan D. Redshaw 74272MO
Nicholas Barry* 31963TN
Crystal Clanton* 1746D29OAL
AMERICA FIRST LEGAL
FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Phone: (301) 887-3704
megan.redshaw@aflegal.org
nicholas.barry@aflegal.org
crystal.clanton@aflegal.org

Michael Martinich-Sauter 66065MO
Peter T. Reed 70756MO
Daniel C. Carter 73657MO
JAMES OTIS LAW GROUP, LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
Phone: (314) 949-3018
michael.martinich-sauter@james-otis.com
peter.reed@james-otis.com
daniel.carter@james-otis.com

*Attorneys for Proposed Plaintiff-Intervenor Amega Thaier*

**Pro hac vice* applications forthcoming