UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

AMEGA THAIER,

      Proposed Plaintiff-Intervenor,

v.

THE WASHINGTON UNIVERSITY;

      Defendant,

ERIN STAMPP; JERAMIA ORY; and
NICHOLAS FISHER,

      Proposed Defendants.

Case No. 4:26-cv-01289-SEP

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5, I certify that on August 13, 2026, a copy of Plaintiff-Intervenor's Motion to Intervene, Proposed Complaint in Intervention, Memorandum in Support of Motion to Intervene, and Entries of Appearance of Michael Martinich-Sauter, Peter T. Reed, and Daniel C. Carter were mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

    The Washington University
    Office of General Counsel
    1 Brookings Drive
    Mailstop 1058-0149-02
    St. Louis, MO 63130

1

Dated: August 13, 2026

Respectfully submitted,

*/s/ Michael Martinich-Sauter*
Michael Martinich-Sauter, 66065MO
JAMES OTIS LAW GROUP, LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
Phone: (314) 949-3018
michael.martinich-sauter@james-otis.com

*Attorneys for Proposed Plaintiff-*
*Intervenor Amega Thaier*

2