UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>AMEGA THAIER,<br><br>Proposed Plaintiff-Intervenor,<br><br>v.<br><br>THE WASHINGTON UNIVERSITY;<br><br>Defendant,<br><br>ERIN STAMPP; JERAMIA ORY; and NICHOLAS FISHER,<br><br>Proposed Defendants. | Case No. 4:26-cv-01289-SEP |

**NOTICE OF NON-OPPOSITION AND STIPULATION REGARDING DEADLINE TO RESPOND TO COMPLAINT IN INTERVENTION**

Proposed Plaintiff-Intervenor Amega Thaier respectfully notifies the Court that her counsel have conferred with counsel for Defendant The Washington University (the "University") regarding her pending motion to intervene, ECF No. 4. Counsel for the University have indicated that they do not intend to file an opposition to the motion. Therefore, Thaier respectfully notifies the Court that her pending motion to intervene is unopposed, fully briefed, and ready for the Court's disposition.

Thaier further notifies the Court that she and the University stipulate and request that the University's deadline to answer or otherwise respond to Thaier's complaint in intervention should be 30 days after the complaint is filed (or deemed filed).

Thaier further notifies the Court that counsel for the University have indicated that they also represent Erin Stampp, Jeramia Ory, and Nicholas Fisher (together, the "Individual Defendants"), who are named as defendants in Thaier's complaint in intervention. Counsel for the Individual Defendants have agreed that they will accept service of the complaint in intervention on behalf of the Individual Defendants. Thaier and the Individual Defendants stipulate and request that the Individual Defendants' deadline to answer or otherwise respond to Thaier's complaint in intervention should be 30 days after the complaint is filed (or deemed filed).

Dated: October 26, 2026

Respectfully submitted,

*/s/ Michael Martinich-Sauter*
Michael Martinich-Sauter, 66065(MO)
Peter T. Reed, 70756(MO)
Daniel C. Carter, 73657(MO)
JAMES OTIS LAW GROUP, LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
Phone: (314) 949-3018
michael.martinich-sauter@james-otis.com
peter.reed@james-otis.com
daniel.carter@james-otis.com

Megan D. Redshaw, 74272(MO)
Nicholas R. Barry,* 31963(TN)
Crystal Clanton,* 1746D29O(AL)
America First Legal Foundation
611 Pennsylvania Avenue SE #231
Washington, D.C. 20003
Phone: (301) 887-3704
megan.redshaw@aflegal.org
nicholas.barry@aflegal.org
crystal.clanton@aflegal.org

**pro hac vice* applications forthcoming

*Attorneys for Proposed Plaintiff-Intervenor Amega Thaier*